Jonathan Yong, SBN: 310444
**Gator Law, P.C**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com

**Attorney for Plaintiff, Dora Burnett**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DORA BURNETT,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:25-cv-01151<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Dora Burnett ("Plaintiff"), and Defendant, Experian Information Solutions Inc., ("EXPERIAN"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been exchanged and

1

executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Dated: 07/28/2025                               Respectfully submitted,

*/s/ Jonathan Yong*
Jonathan Yong
Gator Law, P.C
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com
**Attorneys for Plaintiff,
Dora Burnett**

# CERTIFICATE OF SERVICE

I certify that on 07/28/2025, I served Plaintiff Dora Burnett's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

    */s/ Jonathan Yong*
    Jonathan Yong
    Gator Law, P.C
    2 N Central Avenue
    Suite 1800
    Phoenix, AZ 85004
    P: (385) 324-5471
    E: attorneys@gatorlawpc.com
    **Attorneys for Plaintiff,**
    **Dora Burnett**